829 F.2d 31
 Harkovich (George, Sr., Jr., Delores)
v.
Coyne (James J.), Price (James), Facchiano (Richard),
Parker (Darryl), Havrilla (Nick), Pfirrman (Gary),
Small (Colleen), Wampler (Kim), Brennan (Richard),
Silverhart(Louis), Palamera (Dave), Houseley (William, Jr.),
Does1-25, Jane Does 1-10
 NO. 87-3247
 United States Court of Appeals,
Third Circuit.
 AUG 12, 1987
 
 Appeal From: W.D.Pa.,
 Weber, J.
 
 
 1
 AFFIRMED.